JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GUASCHINO,<br><br>    Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR AMERICA; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:23-cv-04354-MWF(JPRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JASON GUASCHINO ("Plaintiff") accepted HYUNDAI MOTOR AMERICA's CCP 998 Offer of Compromise on August 9, 2024. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $22,000.00 pursuant to the terms of the CCP 998 Offer of Compromise.

**IT IS SO ORDERED.**

Dated: August 12, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**JUDGMENT**